```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 23084
    PETER MARTIN
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4024


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/09/2005 and was confirmed 07/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP   CURRENT MORTG        .00            .00            .00
CITIFINANCIAL             SECURED           6600.00         186.50        6600.00
CITIFINANCIAL             UNSECURED        NOT FILED          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          4632.71          .00         4632.71
RESURGENT ACQUISITION LL  UNSECURED           845.35          .00          845.35
ECAST SETTLEMENT CORP     UNSECURED         16118.14          .00        16118.14
SEARS                     UNSECURED        NOT FILED          .00            .00
UNITED CREDIT UNION       UNSECURED          3110.70          .00         3110.70
UNITED CREDIT UNION       UNSECURED          2712.95          .00         2712.95
RESURGENT ACQUISITION LL  UNSECURED           195.01          .00          195.01
RICHARD S BASS            DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN                TRUSTEE                                        2,241.80
DEBTOR REFUND             REFUND                                            19.63

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            38,662.79

PRIORITY                                         .00
SECURED                                      6,600.00
    INTEREST                                   186.50
UNSECURED                                   27,614.86
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                         2,241.80
DEBTOR REFUND                                   19.63
                  --------------           --------------
TOTALS             38,662.79                38,662.79
```

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 23084 PETER MARTIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE